# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ELIJAH N. GREGORY, )
)
    Plaintiff, )
v. ) Case No. CV412-197
)
MICHAEL J. ASTRUE, )
Commissioner, Social Security )
Administration, )
)
    Defendant. )

## ORDER

*Pro se* plaintiff Elijah N. Gregory seeks 42 U.S.C. § 405(g) review of the Social Security Administration's denial of his disability claims. Doc. 3. The Court granted him leave to proceed *in forma pauperis*, doc. 3, then ordered him to brief his claim. Doc. 12. His brief was due July 31, 2013. *Id.* at 3. He has failed to meet that deadline. Within 14 days of the date this Order is served, he shall show cause why his case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b); L.R. 41(b).[1]

**SO ORDERED** this 27th day of August, 2013.

                            UNITED STATES MAGISTRATE JUDGE
                            SOUTHERN DISTRICT OF GEORGIA

---

[1] "The district court possesses the inherent power to police its docket" and to prune from its docket those cases that amount to no more than mere deadwood. *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.1989).