# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ELIJAH N. GREGORY,            )
                              )
    Plaintiff,            )
                              )
v.                            )   Case No. CV412-197
                              )
CAROLYN W. COLVIN, Acting     )
Commissioner, Social Security )
Administration,[1]            )
                              )
    Defendant.            )

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Elijah N. Gregory seeks 42 U.S.C. § 405(g) review of the Social Security Administration's denial of his denied disability claims. Doc. 3. The Court granted him leave to proceed *in forma pauperis*, doc. 3, then ordered him to brief his claim because the Court cannot litigate it for him. Doc. 12. His brief was due July 31, 2013. *Id.* at 3. He failed to comply. So, the Court **ORDERED** him to show cause why his case should not be dismissed on abandonment grounds. Fed. R. Civ. P. 41(b); L.R. 41(b). He again has failed to comply.

Accordingly, his case should be **DISMISSED WITH PREJUDICE** for

---

[1] Colvin is substituted for Michael J. Astrue as the defendant in this action. The Court has amended the caption, the Clerk is **DIRECTED** to do the same for the docket, and all subsequent filings shall conform.

disobeying a court order. Fed. R. Civ. P. 41(b); L.R. 41(b).

**SO REPORTED AND RECOMMENDED**, this 12TH day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA