# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

ELIJAH N. GREGORY,                        )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )
                                          )        **4:12-cv-197**
CAROLYN W. COLVIN, Acting                 )
Commissioner, Social Security             )
Administration,                           )
                                          )
            Defendant.                    )
                                          )

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which an objection has been filed. The Clerk's Office of this Court received a letter from Gregory on September 26th. While he says he wishes to continue his case, he failed to comply with the Magistrate Judge's order. The Report and Recommendation therefore is *ADOPTED* as the opinion of the Court.

The 24th day of October, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA